■ In the Matter of Daniela H. and Others, Children Alleged to be Neglected. Marilyn A., Appellant; Administration for Children's Services, Respondent. [33 NYS3d 889]—

Order of disposition, Family Court, Bronx County (Ruben A. Martino, J.), entered on or about April 22, 2015, to the extent it brings up for review, as limited by the briefs, a fact-finding order, same court and Judge, entered on or about March 28, 2015, which found that respondent-mother derivatively neglected her three younger children, unanimously affirmed, without costs.

A preponderance of the evidence supports the court's finding that the excessive amount of school missed by the two older children, as well as their additional tardiness, without adequate excuse, significantly compromised their educational performance and compliance with related services, and thus, that respondent neglected these children and derivatively neglected the three younger children (*see Matter of Danny R.*, 60 AD3d 450 [1st Dept 2009]). Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Kahn, JJ.